1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CHAPPILL
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR 09-875 DLJ
                                )
12              Plaintiff,      )   STIPULATION AND ORDER
                                )
13 vs.                          )
                                )
14 DARIUS CHAPPILL,             )
                                )
15              Defendant.      )
   _____)
16

17     The above-captioned matter is set for February 19, 2010, before this Court for a change

18 of plea. The parties jointly request that this Court continue the matter to March 5, 2010, at 9:00

19 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

20 and (B)(iv), between the date of this Stipulation and March 5, 2010.

21     Mr. Chappill is charged in a two-count indictment with interference with a flight crew

22 and assault. The parties have been in negotiations and anticipate a disposition of the case.

23 However, several legal and factual issues must be investigated and researched, and the parties

24 have not yet finalized their agreement. Additionally, counsel for the defendant has a memorial

25 service to attend on February 19, 2010, and must take a family member to a medical appointment

26 on February 26, 2010.

*U.S. v. Chappill*, CR 09-875 DLJ
Stipulation and [Proposed] Order           1

1  The requested continuance will allow the parties to research legal and factual issues, and
2  to continue to work toward a disposition of the case.  It will also allow for continuity of defense
3  counsel.  The failure to grant such a continuance would unreasonably deny continuity of counsel
4  and deny counsel the reasonable time necessary for effective preparation, taking into account the
5  exercise of due diligence.

6  The parties further stipulate and agree that the time from the date of this Stipulation to
7  March 5, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18
8  U.S.C. §§ 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action
9  which outweigh the best interest of the public and the defendant in a speedy trial and also under
10 subsection (B)(iv) for continuity of counsel and effective preparation of counsel, taking into
11 account the exercise of due diligence.

12

13 DATED: February 12, 2010          /S/
                                    JAMES MANN
14                                  Assistant United States Attorney

15
   DATED:  February 12, 2010         /S/
16                                  COLLEEN MARTIN
                                    Assistant Federal Public Defender
17

18 **ORDER**

19 Based on the reasons provided in the stipulation of the parties above, the Court hereby
20 FINDS:

21  1. The ends of justice served by the granting of the continuance from the date of this
22 Stipulation until March 5, 2010, outweigh the best interests of the public and the defendant in a
23 speedy and public trial because the parties must conduct legal and factual research, and because
24 of defense counsel's unavailability on February 19 and 26, 2010.

25  2. The failure to grant the requested continuance would unreasonably deny
26 continuity of counsel and would deny counsel the reasonable time necessary for effective

1  preparation, taking into account due diligence.

2  Based on these findings, IT IS HEREBY ORDERED that time is excluded under the

3  Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) from the date of this Stipulation to

4  March 5, 2010.

5  IT IS FURTHER ORDERED that the CHANGE OF PLEA date of February 19, 2010, at

6  9:00 a..m., before the Honorable D. Lowell Jensen, is vacated and reset for March 5, 2010 at

7  9:00 a..m.

8

9  DATED: February 12, 2010

                                HONORABLE D. LOWELL JENSEN

10                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26